# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TERRI DANIELLE WASHINGTON,<br><br>Plaintiff,<br><br>-vs-<br><br>EQUIFAX INFORMATION SERVICES LLC, and SYNCHRONY BANK,<br><br>Defendants. | CASE NO. 1:24-cv-01578-MLB-JKL |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES LLC

COMES NOW Plaintiff, TERRI DANIELLE WASHINGTON, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses her causes of action in the Complaint against the Defendant, EQUIFAX INFORMATION SERVICES LLC ("Equifax"). Defendant, Equifax, has neither filed an answer to the Complaint nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this 2nd day of October 2024.

/s/ Octavio Gomez
Octavio "Tav" Gomez
Florida Bar No.: 0338620
Georgia Bar No.: 617963
Pennsylvania No.: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd, Suite 610

Tampa, FL 33602<br>
Cell: (813) 299-8537<br>
Facsimile: (844) 951-3933<br>
Tav@theconsumerlawyers.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 2nd day of October 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

<b>/s/ Octavio Gomez</b><br>
Octavio "Tav" Gomez<br>
Georgia Bar No.: 617963<br>
The Consumer Lawyers<br>
<i>Attorney for Plaintiff</i>